# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                              CASE NO. 93-cr-03006-03/RV

ROBERT L. SMITH

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on December 15, 2005

Motion/Pleadings: MOTION for relief from Judgment or Order Federal Rule Civil Procedure 60(b)(1)(6) mistake Gonzalez v. Crosy, US, No. 04-6432, June 23, 2005

Filed by Defendant on 11/15/2005 Doc.# 454

RESPONSES:

United States on 12/14/2005 Doc.# 455

\_\_\_\_\_ Stipulated     \_\_\_\_\_ Joint Pldg.
\_\_\_\_\_ Unopposed     \_\_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Jerry Marbut

LC (1 OR 2)           Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 15th day of December, 2005, that:*

*(a) The relief requested is DENIED.*

*(b) The **Booker/Blakely** decisions are not retroactive, so this motion must be treated as successive under Section 2255, for which jurisdiction is lacking without prior Eleventh Circuit authorization.*

/s/ *Roger Vinson*

                 *ROGER VINSON*
      *Senior United States District Judge*